UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ARTEMISA RUIZ,

*Defendant.*

22 Cr. 664 (CS)

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Kevin Sullivan, and with the consent of the defendant, Artemisa Ruiz, by and through her counsel, Domenick Porco, Esq., requesting that the time period from December 8, 2022, the date of the defendant's arraignment before a magistrate judge, through December 14, 2022, the date of the initial conference before this Court, be excluded from the computation of the time period within which trial of the charge against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Government seeks the exclusion of the foregoing period in the interest of justice so that (i) the defendant and her newly appointed counsel may consult as necessary after her recent transport by the U.S Marshals to this District for prosecution after her arrest in Houston, Texas on November 10, 2022, (ii) the Government may work to provide the discovery requested by the defense at this time, (iii) the Government and defense counsel may confer as to any potential pretrial resolution of the case, and (iv) the parties may appear before this Court for an initial conference. Full consideration having been given to the matter set forth herein, it is hereby

ORDERED that the time from December 9, 2022 through December 14, 2022 be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial, *for the reasons set forth by the Government*

SO ORDERED.

Dated: White Plains, New York
       December 9, 2022

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE